UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FRANCESCO LOPEZ AVINA,

             Petitioner,

    v.

CURRENT OR ACTING FIELD OFFICE
DIRECTOR, SAN FRANCISCO FIELD
OFFICE, UNITED STATES
IMMIGRATION AND CUSTOMS
ENFORCEMENT, ET AL.,

             Respondents.

No. 1:26-cv-00204 WBS SCR

ORDER

----oo0oo----

Petitioner Francesco Lopez Avina has filed a motion for temporary restraining order.  (Docket No. 15.)  Respondents SHALL file any opposition to petitioner's motion on or before 5:00 p.m. Pacific Standard Time on **March 30, 2026.**

The court will then take the motion under submission and inform the parties if oral argument or further proceedings are necessary.

1

IT IS SO ORDERED.

Dated:   March 26, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE